In the Matter of the Accounting of THE NEW YORK TRUST COMPANY, as Trustee under the Will of AUGUSTUS C. DOWNING, Deceased.

AUGUSTUS C. DOWNING et al., Appellants; MILTON S. DILLON, as Executor of LUCY S. DILLON, Deceased, et al., Respondents.

(Argued October 25, 1932; decided November 22, 1932.)

*Irwin L. Tappen, Albridge C. Smith* and *Howard A. Marx* for appellants.

*Charles H. Tuttle, John B. Nash* and *George S. Clay* for Milton S. Dillon, as executor of Lucy S. Dillon, deceased, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.